UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**FAITH PRICE**                                              **CIVIL ACTION**

**VERSUS**                                                    **NO. 15-6209**

**CHALMETTE REFINING, LLC, ET AL.**                           **SECTION "B"(4)**

<u>ORDER AND REASONS</u>

Before the Court is Defendant's, Chalmette Refining LLC's, "Motion for Summary Judgment" (Rec. Doc. 35). Local Rule 7.5 of the Eastern District of Louisiana requires that memoranda in opposition with citations of authorities be filed **and** served no later than eight (8) days before the noticed submission date. No memoranda in opposition to the instant motion, set for submission on **December 7 2016,** have been submitted. Plaintiff has communicated to the Court that no opposition will be filed. Accordingly, the motion is deemed to be unopposed. It appearing to the Court that the motion has merit,

**IT IS ORDERED** that the motion for summary judgment is **GRANTED** and Plaintiff's, claims against Defendant, Chalmette Refining LLC, are hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 5th day of December, 2016.

_____
SENIOR UNITED STATES DISTRICT JUDGE