UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**FAITH PRICE**                                           **CIVIL ACTION**

**VERSUS**                                                **NO. 15-6209**

**CHALMETTE REFINING, LLC, ET AL.**                       **SECTION "B"(4)**

ORDER AND REASONS

Before the Court is Defendant's, Baker Petrolite LLC's, "Motion for Summary Judgment" (Rec. Doc. 42). Local Rule 7.5 of the Eastern District of Louisiana requires that memoranda in opposition with citations of authorities be filed **and** served no later than eight (8) days before the noticed submission date. No memoranda in opposition to the instant motion, set for submission on **December 21, 2016,** have been submitted. Accordingly, the motion is deemed to be unopposed. It appearing to the Court that the motion has merit,

**IT IS ORDERED** that the motion for summary judgment is **GRANTED** and Plaintiff's, claims against Defendant, Baker Petrolite, LLC, are hereby **DISMISSED WITH PREJUDICE** with each party to pay their own costs.

New Orleans, Louisiana, this 21ST day of December, 2016.

_____
SENIOR UNITED STATES DISTRICT JUDGE